```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JACKIE K. EFFLER                              * CIVIL ACTION

VERSUS                                        * NO. 08-1596

SOCIAL SECURITY ADMINISTRATION                * SECTION "B"(5)
```

## ORDER AND REASONS

Before the Court are the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 19), Plaintiff's objections to same (Rec. Doc. No. 22), and Defendant's response (Rec. Doc. No. 24). Considering the pleadings, record, and applicable law, **IT IS ORDERED** that:

(1) Plaintiff's objections and motion for remand are overruled, finding substantial evidence in the administrative record in support of the Administrative Law Judge's rulings on facts and law;

(2) the Magistrate Judge's Report and Recommendation are adopted as the opinion of the Court, affirming Defendant's administrative decision; and

(3) the captioned matter is thereby dismissed.

New Orleans, Louisiana, this 6th day of April, 2010.

                                    _____
                                         IVAN L.R. LEMELLE
                                    UNITED STATES DISTRICT JUDGE